United States Bankruptcy Court

Central District of California

Gevorgian,

    Plaintiff

Adv. Proc. No. 26-01036-VK

Healy,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf031 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Alexis M Gevorgian, PO Box 260770, Encino, CA 91426-0770 |
| dft | + | Andrea Lui, c/o Abir Cohen Treyson Salo, LLP, 16001 Ventura Blvd., Ste. 200, Encino, CA 91436-4482 |
| pla | + | Coachella Management Partners LLC, 4930 Balboa Blvd. #260770, Encino, CA 91316-3402 |
| dft | + | Juan Godinez, c/o Abir Cohen Treyzon Salo, LLP, 16001 Ventura Blvd. Ste. 200, Encino, CA 91436-4482 |
| dft | + | Patricia Healy, c/o Abir Cohen Treyzon Salo, LLP, 16001 Ventura Blvd. Ste. 200, Encino, CA 91436-4482 |
| dft | + | Sarah McLean, c/o Abir Cohen Treyzon Salo, LLP, 16001 Ventura Blvd. Ste. 200, Encino, CA 91436-4482 |
| dft | + | Silver Star Construction Engineering Inc., 1614 S. Central Ave., Glendale, CA 91204-2702 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | Email/Text: Matt@rhmfirm.com | Jun 10 2026 01:01:00 | RHM LAW LLP, 17609 Ventura Blvd., Suite 314, Encino, CA 91316 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David M Gilmore | |
| | on behalf of Plaintiff Coachella Management Partners LLC dgilmore@gmlegal.net  lrenwick@gmlegal.net |

District/off: 0973-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jun 09, 2026                      Form ID: pdf031                              Total Noticed: 8

David M Gilmore
                  on behalf of Plaintiff Alexis M Gevorgian dgilmore@gmlegal.net  lrenwick@gmlegal.net

John-Patrick McGinnis Fritz (TR)
                  jpftrustee@lnbyg.com  jpf@trustesolutions.net

Matthew D. Resnik
                  on behalf of Plaintiff Coachella Management Partners LLC matt@rhmfirm.com
                  roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
                  om;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com

Matthew D. Resnik
                  on behalf of Interested Party RHM LAW LLP matt@rhmfirm.com
                  roksana@rhmfirm.com;russ@rhmfirm.com;sloan@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.c
                  om;rosario@rhmfirm.com;gabriela@rhmfirm.com;lesley@rhmfirm.com

United States Trustee (SV)
                  ustpregion16.wh.ecf@usdoj.gov


TOTAL: 6

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address
David M. Gilmore, SBN #105429
GM LEGAL
PO Box 28907, Fresno, CA  93729
T: (559) 448-9800, E: dgilmore@gmlegal.net

Matthew D. Resnik, SBN #182562
M. Jonathan Hayes, SBN #90388
RHM LAW LLP
17609 Ventura Blvd., Ste. 314, Encino CA 91316
T: (818) 285-0100 E: matt@rhmfirm.com;
jhayes@rhmfirm.com

☐ *Individual appearing without attorney*
☐ *Attorneys for*: Alexis M. Gevorgian & Coachella, et al

FOR COURT USE ONLY

**FILED & ENTERED**

**JUN 09 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia   DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.:  1:26-ap-01036-VK |
|---|---|
| COACHELLA MANAGEMENT PARTNERS LLC | CHAPTER:  11 |

**ORDER:**

☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**

☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**
            **[LBR 9075-1(b)]**

Debtor(s).

**Movant** (*name*): Alexis M. Gevorgian and Coachella Management Partners LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Emergency Motion for TRO & OSC Re: Preliminary Injunction Under 11 USC Section 105(a)

   b. *Date of filing of motion:* 6/9/2026

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: *6/9/26*

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒   A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** *June 17, 2026*<br><br>**Time:** *2:00 p.m.*<br><br>**Courtroom:** *301* | **Place:**<br>☐   **255 East Temple Street, Los Angeles, CA 90012**<br>☒   **21041 Burbank Boulevard, Woodland Hills, CA 91367**<br>☐   **3420 Twelfth Street, Riverside, CA 92501**<br>☐   **411 West Fourth Street, Santa Ana, CA 92701**<br>☐   **1415 State Street, Santa Barbara, CA 93101** |

Parties in interest (and their counsel) may continue to participate in most hearings remotely using ZoomGov audio and video. **Any attorney or party in interest who makes an appearance on the record, via ZoomGov, must appear by video.**

**PURSUANT TO THE DIRECTIVES OF THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, MEMBERS OF THE PUBLIC AND THE PRESS MAY ONLY CONNECT TO THE ZOOM AUDIO FEED, AND ONLY BY TELEPHONE.  ACCESS TO THE VIDEO FEED BY THESE INDIVIDUALS IS PROHIBITED.  IN THE CASE OF A TRIAL OR EVIDENTIARY HEARING, NO AUDIO ACCESS WILL BE PROVIDED. HOWEVER, MEMBERS OF THE PUBLIC AND THE PRESS MAY OBSERVE SUCH PROCEEDINGS IN PERSON.**

The following instructions will apply to the ZoomGov hearing:

Meeting Information: **June 17, 2026**
Meeting URL: https://cacb.zoomgov.com/j/1608307540

Meeting ID: 160 830 7540
Password: 737780

Join by Telephone: 1-669-254-5252 or 1-646-828-7666
Meeting ID: 160 830 7540
Password: 737780

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.

All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.

(2) ☒   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:*<br>Date: ***June 9, 2026***<br><br>Time: ***5:00 p.m.*** | (B) *Persons/entities to be provided with telephonic notice:*<br><br>*Defendants*<br>*Subchapter V trustee*<br><br><br>☐   See attached page<br><br>(C) *Telephonic notice is also required upon the* United States trustee |
|---|---|

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: **June 9, 2026** <br><br> Time: **5:00 p.m.** | *Defendants* <br> *Subchapter V trustee* <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- *United States trustee (electronic service is not permitted)* <br> -- *Judge's copy personally delivered to chambers, if exceeds 25 pages (see Central Guide Section 3-02 for instructions)* |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: **June 9, 2026** <br><br> Time: **5:00 p.m.** | *Defendants* <br> *Subchapter V trustee* <br><br> ☐ See attached page <br><br> (D) *Service is also required upon*: <br> -- *United States trustee (electronic service is not permitted)* <br> -- *Judge's copy personally delivered to chambers, if exceeds 25 pages (see Central Guide Section 3-02 for instructions)* |

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: **June 12, 2026** <br><br> Time: **3:00 p.m.** | -- movant's attorney (or movant, if movant is not represented by an attorney) <br> *Subchapter V trustee* <br><br> (D) *Service is also required upon*: <br> -- *United States trustee (electronic service is not permitted)* <br> -- *Judge's copy personally delivered to chambers, if exceeds 25 pages (see Central Guide Section 3-02 for instructions)* |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(6) ☒ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

    (A) ☐ Personal Delivery   ☒ Overnight Mail    ☐ First Class Mail     ☐ Facsimile*    ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: **June 15, 2026** <br><br> Time: **3:00 p.m.** | -- All persons/entities who filed a written opposition <br> *Subchapter V trustee* <br><br> (D) *Service is also required upon*: <br> -- *United States trustee* ~~*(electronic service is not permitted)*~~ <br> -- *Judge's copy personally delivered to chambers, if exceeds 25 pages (see Central Guide Section 3-02 for instructions)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☒ at least 2 days before the hearing.
>
> ☐ no later than:    Date:         Time:

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 9, 2026

*Victoria S. Kaufman*
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.